### A15A2275. ELLIOTT v. RESURGENS, P.C. et al.
(804 SE2d 696)

DILLARD, Chief Judge.

In *Resurgens, P.C. v. Elliott*, 301 Ga. 589 (800 SE2d 580) (2017), the Supreme Court of Georgia reversed our previous decision in *Elliott v. Resurgens, P.C.*, 336 Ga. App. 217 (782 SE2d 867) (2016), in which we reversed a jury verdict in favor of Resurgens, P.C. d/b/a Resurgens Orthopedics and Tapan K. Daftari, M.D., in Sean Elliott's medical-malpractice action against them. Specifically, the Supreme Court of Georgia disagreed with our conclusion that the trial court's exclusion of certain witness testimony required reversal of the jury's verdict and held that the judgment below should be affirmed. Accordingly, we adopt the judgment of the Supreme Court of Georgia as our own, and affirm the trial court's judgment.

*Judgment affirmed. Ellington, P. J., and Mercier, J., concur.*

DECIDED AUGUST 28, 2017.

*Andy Clark Law, M. Andrew Clark; Eric J. Hertz, P.C., Eric J. Hertz*, for appellant.
*Weathington Smith, Paul E. Weathington, C. Matthew Smith*, for appellees.